**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROSA RAMIREZ, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13 C 6501 |
| v. | ) ) | Judge Lee |
| STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, and PONTOON SOLUTIONS, INC. | ) ) ) ) ) ) | Magistrate Judge Valdez |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY**
**APPROVAL OF SETTLEMENT ON CLASS-WIDE BASIS**

The Plaintiff Rosa Ramirez ("Plaintiff"), and Defendants Staffing Network Holding, LLC, Pontoon Solutions, Inc., and Philips Electronics North America Corporation ("Defendants"), by and through their respective attorneys, hereby file this motion to extend the deadline to file a Motion for Preliminary Approval of Settlement on Class-wide Basis. In support thereof, the Parties state as follows:

1.      Plaintiff filed a class action complaint in this action against Defendant Staffing Network Holdings, LLC, and Philips Electronics North America Corporation on September 11, 2013. Plaintiff filed her First Amended Complaint adding Pontoon Solutions, Inc as a Defendant on this matter on April 1, 2014. See Docket Entry No. 43.

2.      On November 6, 2014, Plaintiff and all Defendants in this matter reported to this Court that they had reached a class-wide settlement in this matter. (Dkt. No. 97.). This Court set December 12, 2014 as the deadline by which Plaintiff would file an Unopposed Motion for Preliminary Approval of Class-wide Settlement reached between the Parties.

1

3.     On December 12, 2014, the Parties filed a joint motion requesting additional time to finalize the written Settlement Agreement between them, because in finalizing the stipulation of settlement, the Parties encountered a disagreement concerning two of the material terms of settlement. *See*. Dkt. No. 101.

4.     In an effort resolve the disagreement between the Parties, on December 19, 2014, the Parties held a conference call with former Magistrate Judge Morton Denlow, who on October 23, 2014 assisted the Parties in an all day mediation to explore settlement in this matter.

5.     The Parties are still working to resolve their disagreement and finalize a stipulation of settlement in this matter.

6.     Accordingly, the Parties request that this matter be set for a follow up status hearing and the deadline to file a Stipulation of Settlement on a Class-wide basis be extended through January 9, 2015.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court extend the deadline by which to file Plaintiff's Unopposed Motion for Approval of a Settlement on a Class-wide basis through January 9, 2015.

Respectfully Submitted,

Dated: December 29, 2014

s/Alvar Ayala
Alvar Ayala
Christopher J. Williams
Workers' Law Office, PC
401 S. LaSalle St, Suite 1400
Chicago, Illinois 60605
(312) 795-9121

Attorneys for Plaintiff

s/Giselle Perez de Donado
Giselle Perez de Donado
Gerald L. Maatman Jr.

2

Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000

Attorneys for Defendant Staffing Network
Holding, LLC.

s/William J. Wortel
William J. Wortel
Christy E. Panthavong
Brian Cave LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60603-5577
(312) 602-5000
Attorneys for Defendant Pontoon
Solutions, Inc.

s/Timothy M. Hoppe
Timothy M. Hoppe
Michael R. Phillips
Joel H. Spitz
McGuire Woods LLP
77 W. Wacker Drive. Suite 4100
Chicago, IL 60601
312-849-8100

Attorneys for Defendant Philips Electronics
North America Corporation

3