IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSA RAMIREZ, on behalf of herself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> STAFFING NETWORK HOLDING, LLC d/b/a STAFFING NETWORK and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, and PONTOON SOLUTIONS, INC. | Case No. 13 C 6501 <br><br> Judge Lee <br><br> Magistrate Judge Valdez |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT ON CLASS-WIDE BASIS [1]**

The Plaintiff Rosa Ramirez ("Plaintiff"), by and through her attorneys, hereby files this motion to extend the deadline to file a Motion for Preliminary Approval of Settlement on Class-wide Basis. In support thereof, the Plaintiff states as follows:

1. Plaintiff filed a class action complaint in this action against Defendant Staffing Network Holdings, LLC, and Philips Electronics North America Corporation on September 11, 2013. Plaintiff filed her First Amended Complaint adding Pontoon Solutions, Inc as a Defendant on this matter on April 1, 2014. See Docket Entry No. 43.

2. On November 6, 2014, Plaintiff and all Defendants in this matter reported to this Court that they had reached a class-wide settlement in this matter. (Dkt. No. 97.). This Court set December 12, 2014 as the deadline by which Plaintiff would file an Unopposed Motion for Preliminary Approval of Class-wide Settlement reached between the Parties.

---

[1] Plaintiffs' Motion is not opposed by Defendant Staffing Network Holdings LLC., or Pontoon Solutions Inc., Plaintiff was unable to ascertain whether Defendant Philips Electronics North America Corporation opposed the Motion prior to filing.

1

3. On December 12, 2014, the Parties filed a joint motion requesting additional time to finalize the written Settlement Agreement between them, because in finalizing the stipulation of settlement, the Parties encountered a disagreement concerning two of the material terms of settlement. *See*. Dkt. No. 101.

4. In an effort resolve their disagreement, the Parties have held multiple conference calls between December 2014 and January 2015 with former Magistrate Judge Morton Denlow, who on October 23, 2014 assisted the Parties in an all day mediation to explore settlement in this matter.

5. The Parties have resolved their dispute, and Plaintiff has circulated a revised Motion for Preliminary Approval and Stipulation of Settlement to Defendants but the Parties need additional time to finalize a stipulation of settlement in this matter.

6. Accordingly, the Plaintiff requests that the deadline to file a Stipulation of Settlement on a Class-wide basis be extended through February 10, 2015.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline by which to file Plaintiff's Unopposed Motion for Approval of a Settlement on a Class-wide basis through February 10, 2015.

Respectfully Submitted,

Dated: February 4, 2015

s/Alvar Ayala
Alvar Ayala
Christopher J. Williams
Workers' Law Office, PC
53 W. Jackson Blvd., Suite 701
Chicago, Illinois 60604
(312) 795-9121

Attorneys for Plaintiff

2